**Carl Gene FLETCHER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40885.**

Missouri Court of Appeals,
Western District.

Feb. 21, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 28, 1989.

Application to Transfer Denied
May 16, 1989.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and SHANGLER and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from denial of successive Rule 27.26 motion for post conviction relief.

AFFIRMED. Rule 84.16(b).